**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RAYVAN TA'KEIM RUTHERFORD** **PLAINTIFF**

**V.** **NO. 3:26-CV-225-DMB-DAS**

**MARSHALL COUNTY, MISSISSIPPI, et al.** **DEFENDANTS**

**ORDER**

On August 3, 2026, Rayvan Ta'Keim Rutherford filed a "Complaint for Violation of Civil Rights" against Marshall County, Mississippi, Sheriff Kenny Dickerson, Joseph Mills, Officer Hines, Officer Skelton, and Officer Grizzle. Doc. #1. The same day, Rutherford also filed an "Application to Proceed in District Court Without Prepaying Fees or Costs" ("IFP Motion"). Doc. #2.

On August 7, the Court entered an order specifying "[t]hat within 21 days [Rutherford] is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office."[1] Doc. #5. The August 7 order "warned [Rutherford] that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court." *Id.* Despite this warning, Rutherford failed to comply with the August 7 order by the deadline set and has not complied to date. Consequently, Rutherford's IFP Motion [2] is **DENIED without prejudice**; and, pursuant to Federal Rule of

[1] The Court found that "[Rutherford's] application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. [Rutherford] has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Doc. #5.

Civil Procedure 41(b), this case is **DISMISSED without prejudice** due to Rutherford's failure to comply with an order of the Court and failure to prosecute.

**SO ORDERED**, this 16th day of November, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**